THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY JOHNSON, Appellant. [836 NYS2d 471]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered November 16, 2005. The judgment convicted defendant, after a nonjury trial, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, following a bench trial, of criminal possession of a weapon in the third degree (Penal Law § 265.02 [4]). As defendant concedes, he failed to preserve for our review his contention that the evidence is legally insufficient to support the conviction (*see People v Gray*, 86 NY2d 10, 19 [1995]). In any event, we conclude that the contention has no merit (*see People v Turner*, 212 AD2d 1000 [1995]; *see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Contrary to defendant's further contention, defense counsel's failure to seek suppression of defendant's statement on *Payton* grounds was reasonable based on the facts of this case, and defendant thus was not thereby deprived of effective assistance of counsel (*see People v Howard*, 37 AD3d 494 [2007]; *see also People v Garcia*, 149 AD2d 241, 249-250 [1989], *affd* 75 NY2d 973 [1990]). "[T]he evidence, the law, and the circumstances of [this] case, viewed in totality and as of the time of the representation, reveal that [defense counsel] provided meaningful representation" (*People v Baldi*, 54 NY2d 137, 147 [1981]; *see generally People v Henry*, 95 NY2d 563, 565 [2000]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.